UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                      CHAPTER 13 CASE

Judith A Edstrom           CASE NO. 07-34445

          Debtor.           ORDER

This case came before the court on the motion of US Bank N.A., seeking relief from the automatic stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

1. The movant, its assignees and successors in interest, are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated September 23, 2003, executed by Judith A Edstrom a single person , covering real estate located in Ramsey County, Minnesota, legally described as:

     Lot 8 Block 2 Caves Century 3rd Addition Ramsey County Minnesota
     And commonly known as 1274 Dennis Street N, Maplewood, Minnesota 55119

and may pursue its remedies under state law in connection with the mortgage deed.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: October 6, 2010

/e/ Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/06/2010*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk